UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL RIOS,

    Plaintiff,

-against-

MTA; CITY OF NEW YORK,

    Defendants.

19-CV-8165 (CM)

CIVIL JUDGMENT

Pursuant to the order issued March 6, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 6, 2020
       New York, New York

    COLLEEN McMAHON
    Chief United States District Judge